**ELI LILLY AND COMPANY,**
Plaintiff–Appellant,

v.

**ACTAVIS ELIZABETH LLC,**
Defendant–Appellee,

and

**Sun Pharmaceutical Industries,
Ltd., Defendant–Appellee,**

and

**Sandoz, Inc., Defendant–Appellee,**

and

**Mylan Pharmaceuticals Inc.,
Defendant–Appellee,**

and

**Apotex Inc., Defendant–Appellee,**

and

**Aurobindo Pharma Ltd.,
Defendant–Appellee,**

and

**Teva Pharmaceuticals USA, Inc.,
Defendant–Appellee.**

No. 2010–1500.

United States Court of Appeals,
Federal Circuit.

Sept. 9, 2010.

*ORDER*

Defendants–Appellees Aurobindo Pharma Ltd., Mylan Pharmaceuticals Inc., Sun Pharmaceutical Industries, Ltd., Sandoz,

Inc., and Apotex Inc. have filed with the District Court cross appeals docketed as 2010–1520, –1521, –1522, –1523, and –1524 respectively, which this court deems improperly filed.

Upon consideration thereof,

IT IS ORDERED THAT:

Pursuant to this court's order of August 31, 2010, the cross appeals are DISMISSED for lack of jurisdiction.